## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| TIMOTHY FORREST, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 2:21-02544-JWB-JPO |
| | ) |
| EQUIFAX INFORMATION | ) |
| SERVICES, LLC, et al., | ) |
| | ) |
| Defendant. | ) |

### NOTICE OF SETTLEMENT AS TO
### TRANS UNION, LLC

Plaintiff Timothy Forrest hereby gives notice that he has reached settlement in principle with Defendant Trans Union, LLC. The parties anticipate filing a *Stipulation of Dismissal* pursuant to Fed. R. Civ. P. 41(1)(A)(ii), within the next sixty (60) days.

Respectfully submitted,

**/s/ Andrew M. Esselman**
Andrew M. Esselman #26113
Credit Law Center, LLC
4041 NE Lakewood Way, Suite 140
Lee's Summit, MO 64064
Tel:   (816) 246-7800
Fax:   (855) 523-6884
andrewe@creditlawcenter.com
Counsel for Plaintiff

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of May 2022, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which sends notice to all counsel of record.

**/s/     Andrew M. Esselman**
Attorney for Plaintiff