# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| TIMOTHY FORREST, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 2:21-02544-JWB-JPO ) |
| EQUIFAX INFORMATION SERVICES, LLC, et al., | ) ) ) |
| Defendant. | ) ) |

## NOTICE OF SETTLEMENT AS TO
## ALLY FINANCIAL, INC.

Plaintiff Timothy Forrest hereby gives notice that he has reached settlement in principle with Defendant Ally Financial, Inc. The parties anticipate filing a *Stipulation of Dismissal* pursuant to Fed. R. Civ. P. 41(1)(A)(ii), within the next sixty (60) days.

Respectfully submitted,

**/s/ Andrew M. Esselman**
Andrew M. Esselman #26113
Credit Law Center, LLC
4041 NE Lakewood Way, Suite 140
Lee's Summit, MO 64064
Tel:   (816) 246-7800
Fax:   (855) 523-6884
andrewe@creditlawcenter.com
Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of June 2022, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which sends notice to all counsel of record.

                                                               **/s/      Andrew M. Esselman**
                                                               Attorney for Plaintiff